1  YOUR NAME *GRACE L. SANDOVAL* FILED
2  YOUR ADDRESS *P.O. BOX 712793* 2008 JUL 21 AM 9:59 *CA 92171*
   YOUR TELEPHONE NUMBER
3  *619 808-6444* CLERK US DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA

4

5  BY _____ DEPUTY

6

7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA
                 (Must start on line 8 or below)
10

11  *GRACE L.*
12  *SANDOVAL*                )
                              )
13         *-v-*              )      '08 CV 1297 L LSP
                              )      Case No. _____
14  *ROGELIO PINA*            )         (To be assigned at time of filing)
                              )
15                            )
                              )
16  _____  )   COMPLAINT FOR (Brief description of document)

17

18  Plaintiff alleges:  *THAT ROGELIO PINA HAS CAUSED*
19  *CRIME TO ME, GRACE L. SANDOVAL, AKA:*
20  *GRACE S. SLALI, LUPE GRACIELA SANDOVAL*
21  *AND MY TWO DAUGHTERS PRISCELLA*
22  *SANDOVAL SLALI AKA: BARNHART, DANKO*
23  *AND CORINA SANDOVAL SLALI AKA: PECK,*
24  *CORIE AND THIER FATHER, JESSE DIAZ*
25  *SLALI BEFORE HE, JESSE D. SLALI*
26  *EXPIRED ON SEPTEMBER 6, 2007.*
27
28
::ODMA\PCDOCS\WORDPERFECT\68691 May 26, 1999 (2:51pm)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
SAN DIEGO, CALIFORNIA


GRACE L. SANDOVAL   )
   )
   )
  Vs.   )
   )
   )
ROGELIO PINA   )
   )
_____)


I, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND LUPE GRACIELA
SANDOVAL AM FILING A COMPLAINT ON ROGELIO PINA.  ROGELIO
PINA ADDRESS IS:  1143 ALVARADO STREET, POMONA, CALIFORNIA
91767.  ROGELIO PINA HAS FOLLOWED ME,GRACE L. SANDOVAL IN
VARIOUS COUNTIES IN CALIFORNIA TO ATTACK ME, GRACE L.
SANDOVAL AND CAUSE ME INJURIES TO MY HUMAN BODY.  ROGELIO
PINA IS THE EX HUSBAND OF LUPE NUNGARAY PINA.  LUPE NUNGARAY
PINA ADDRESS IS: 5902 ADELE AVENU, WHITTIER, CALIFORNIA 90606.
ROGELIO PINA AND LUPE NUNGARAY PINA HAVE BEEN SEPERATED
SINCE THE 1970'S.  LUPE N. PINA HAS LIVED AT 5902 ADELE AVENUE,
WHITTIER, CALIFORNIA FOR MANY YEARS WITH HER THREE
CHILDREN, MARTIN, LIDIAN, YVONNE FROM ROGELIO PINA.  ROGELIO
PINA IS NEVER INVITED TO VISIT ME, GRACE L. SANDOVAL IN MY
HOME IN SAN DIEGO, CALIFORNIA.  ROGELIO PINA HAS FORCED INTO
MY HOME IN SAN DIEGO, CALIFORNIA TO CAUSE ME, GRACE L.
SANDOVAL INJURIES.  ROGELIO PINA HAS ALSO FORCED INTO MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK,CORIE HOMES IN SAN

PAGE 2

DIEGO, CALIFORNIA TO CAUSE THEM INJURIES. ROGELIO PINA WAS
JOINED WITH HIS EX WIFE, LUPE NUNGARAY PINA AND THEIR
DAUGHTER LIDIA PINA JAIMES AND IRMA RODRIGUEZ CLARK WHEN
THEY ALL FORCED INTO THE ATTACHED HOME OF MAHVASH
JAZAYERI, 16957 ABUNDANTE STREET, SAN DIEGO, CALIFORNIA.
ROGELIO PINA WAS DEMANDED TO DRILL MY , GRACE L. SANDOVAL
HUMAN HEART TO CAUSE ME, GRACE L. SANDOVAL MURDER OR
DEATH IF CONTINUED. LUPE NUNGARAY PINA WAS DEMANDED TO
CRACK MY HUMAN BONES IN MY HUMAN BODY TO CAUSE ME, GRACE
L. SANDOVAL MY HUMAN BONES TO BREAK. IRMA RODRIGUEZ CLARK
TOOK FLUID FROM MY HUMAN LIVER ILLEGALLY. IRMA RODRIGUEZ
CLARK TOOK HUMAN BLOOD FROM ME, GRACE L. SANDOVAL
ILLEGALLY. LIDIA PINA JAIMES BEAT MY HUMAN HEAD FORCEFULLY.
I,GRACE L. SANDOVAL WAS INJURED BY ROGELIO PINA, LUPE N. PINA,
LIDIA P. JAIMES, IRMA R. CLARK, ETC. I, GRACE L. SANDOVAL
REPORTED THE CRIME TO LAW ENFORCEMENT IMMEDIATELY.
ROGELIO PINA WAS DEMANDED TO RUN OVER ME, GRACE L.
SANDOVAL IN HIS WASTE MANAGEMENT TRUCK. ROGELIO PINA WAS
JOINED WITH CARMEN GAXIOLA WHEN HE, ROGELIO PINA RAN OVER
ME, GRACE L. SANDOVAL IN HIS WASTE MANAGEMENT TRUCK.
ROGELIO PINA IS EMPLOYMENT FOR WASTE MANAGEMENT IN LOS
ANGELES, CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA; KATE
KIDNAPS ME, GRACE L. SANDOVAL IN A GREY COLOR, HONDA, DX,
LICENSE PLATE NO. 4XJR555. KATHRYN JEAN YAVENDITTI AKA: KATE
USES SEDATION TO KIDNAP ME, GRACE L. SANDOVAL. KATHRYN JEAN
YAVENDITTI AKA:KATE IS JOINED WITH ROGELIO PINA, LUPE N. PINA,
LIDIA P. JAIMES, IRMA R. CLARK , CLAUDINA COCOVA ARAUJO AKA:
COOKIE, SEGURA, IRENE ARAUJO SALCEDA, IRMA MENDIBLES, JOE
MIRANDA, REYES QUESADA, EFRAIN QUESADA, STELLA CERVANTES
SANDOVAL, CONNIE DIAZ SLALI CERVANTES STOKELY AKA: CONI,

PAGE 3

CYNTHIA CARDEANS QUESADA, MARTHA G. ROBLES, MARYLOU G. ROBLES, JOE CRUZ, ARTHUR MARQUEZ, CLAIRISSE MARQUEZ, MANUEL GARCIA, LUPE CHAVEZ SWAIN, ROSARIO OTERO, ROSARIO OTERO (SMALL), NANCY S. ROBLES, HENRY G. ROBLES, FELOMENA N. DUTRA AKA: SANDOVAL, FRANK DUTRA, LINDA YBARRA FIERRO, CARMEN NUNGARAY, POLIMINO MIRAMONTES AKA: POLI,TERESA KINNY AKA:LEVINE, LEONARD FINK, HANNAH MARRA  AND MANY OTHERS IN VANDALIZING MY CAR, 2002 HONDA CIVIC LX, BLACK COLOR, LICENSE PLATE NO. 4YPB411 AND DEMANDING TO STEAL MY CAR FROM ME, GRACE L. SANDOVAL. I, GRACE L. SANDOVAL PURCHASED MY BRAND NEW CAR, 2002 HONDA CIVIC LX, LICENSE PLATE NO. 4YPB411 ON JULY 17, 2002 AT PACIFIC HONDA, CONVOY, SAN DIEGO, CALIFORNIA. I, GRACE L. SANDOVAL HAVE PAID MONTHLY PAYMENTS EACH MONTH IN THE AMOUNT OF THREE HUNDRED AND SEVENTY FIVE DOLLARS  ($375.00) TO AMERICREDIT, P.O BOX 183834, ARLINGTON, TEXAS  76096. I, GRACE L. SANDOVAL HAVE PAID MORE THAN TWENTY SEVEN THOUSAND DOLLARS FOR MY CAR, 2002 HONDA CIVIC LX, LICENSE PLATE NO. 4YPB411. I, GRACE L. SANDOVAL DO NOT GIVE ANY OF MY CARS AWAY TO ANYONE.  ALL OF MY CARS THAT I, GRACE L. SANDOVAL AKA: GRACE S. SLALI HAVE PURCHASED AND PAID FOR HAVE BEEN VANDALIZED, STOLEN BY THE SAME GROUP OF PEOPLE THAT ARE INVOLVED IN STEALING CARS, SELLING STOLEN CARS TO THE PUBLIC ILLEGALLY AND MUCH MORE CRIME. KATHRYN JEAN YAVENDITTI AKA: KATE IS JOINED WITH HER PART BROTHER JEFFREY THAT LIVES IN LEUCADIA, CALIFORNIA IN VANDALIZING MY CARS AND STEALING MY CARS. KATHRYN JEAN YAVENDITTI AKA: KATE PLANNED TO STEAL MY DAUGHTER CORINA SANDOVAL SLALI AKA: CORIE CAR THAT SHE AND JEROME PECK PURCHASED AT CROWN AUTO, EL CAJON BLVD, SAN DIEGO, CALIFORNIA ON OCTOBER 2002. THE CAR CORINA S. SLALI AKA: PECK PURCHASED AT CROWN

PAGE 4

AUTO, EL CAJON BLVD, SAN DIEGO, CALIFORNIA IS A GREY COLOR, HONDA, DX, LICENSE PLATE NO. 4XJR555. KATHRYN JEAN YAVENDITTI AKA: KATE PLANNED TO STEAL MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE CAR, HONDA DX, LICENSE PLATE NO. 4XJR555. KATHRYN JEAN YAVENDITTI AKA: KATE PLANNED WITH HER RELATIVE RANDY PECK ADDRESS: 3574 DURHAM CIRCLE, OCEANSIDE, CALIFORNIA TO KIDNAP MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE FROM HER PLACE OF EMPLOYMENT AT NEWGEN RESULTS CORP. 10243 GENETIC CENTER DRIVE, SAN DIEGO, CALIFORNIA 92121. JEROME PECK IS THE SON OF RANY PECK AND JAN PECK. JEROME PECK WAS DEMANDED TO KIDNAP MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE AND TO MAKE A FAST WEDDING FOR THE CASES FILED IN SUPREME COURT, 330 WEST BROADWAY, SAN DIEGO, CALIFORNIA AND OTHER COURTS ON THE CRIMINALS THAT HAVE RAPED MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA: GRACE SANDOVAL SLALI AND LUPE GRACIEL SANDOVAL AND ALSO JESSE DIAZ SLALI BEFORE HE EXPIRED ON SEPTEMBER 6, 2007 AT 254 EAST MAIN STREET, WESTMORLAND, CALIFORNIA. MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE HAVE BEEN HOSTAGE BY IRMA RODRIGUEZ CLARK THAT LIVES AT 510 LEHNER AVENUE, ESCONDIDO, CALIFORNIA AND MANY OTHERS INVOLVED WITH IRMA RODRIGUEZ CLARK IN THE RAPE OF MANY TEENAGERS AND FORCING TEENAGERS TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY EVERY YEAR. IRMA RODRIGUEZ CLARK IS JOINED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH MANUEL GARCIA THAT LIVES IN EL CENTRO, CALIFORNIA AND

PAGE 5

MANY OTHERS. MANUEL GARCIA IS JOINED WITH LUPE CHAVEZ SWAIN AND MANY OTHERS IN THE RAPE FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN,ETC. THAT HAVE BEEN FORCED TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN PRIVATE HOMES. THE CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY ARE KIDNAPPED AND CARED FOR IN PRIVATE HOMES ILLEGALLY. THE CHILDREN THAT ARE BORN PREMATURE WITH THE DRUG PROVERA FROM ALL OF FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN, ETC. ARE KIDNAPPED BY THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J. SIMPSON. O.J. SIMPSON IS INVOLVED IN THE RAPE OF FELOMENA NUNGARAY DUTRA AKA: SANDOAVL AND HER FIVE CHILDREN, GRANDCHILDREN, ETC. TO SELL THE CHILDREN BORN PREMATURE TO THE PUBLIC FOR MONEY BY THE ORPHANS FROM LA MESA PRISON, TIJUANA, MEXICO INCLUDING PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, LUPE CONCHOLA AKA: LEVINE, TERESA KINNY AKA: LEVINE, KATHY LEE AKA: LEVINE, MARIA LEVINE NUNGARAY, LUPE NUNGARAY PINA, ROGELIO PINA, MANUEL PINA, IRMA RODRIGUEZ CLARK, JENNIFER DEBLASE, LAURIE HARRISON AKA: LUZ, MAGGIE CASTANO, ELLIOTT KANTER, ANDREW CAMERON, TERESA PLAYER, DONALD HILDRE AND MANY OTHERS. I, GRACE L. SANDOVAL DO NOT AGREE TO BE SURROGATE MOTHER ILLEGALLY IN THE UNITED STATES. I, GRACE L. SANDOVAL DO NOT AGREE TO CARRY ANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. I, GRACE L. SANDOVAL AM A VICTIM OF RAPE. I, GRACE L. SANDOVAL HAVE REPORTED THE RAPIST SINCE I, GRACE L. SANDOVAL WAS A TEENAGER. O.J. SIMPSON FORCED ME, GRACE L. SANDOVAL TO HAVE SEX WITH A BLACK MALE AT THE AGE OF THIRTEEN YEARS

PAGE 6

OLD. O.J. SIMPSON TOOK LARGE AMOUNTS OF FLUID FROM MY
HUMAN BRAIN TO FORCE ME, GRACE L. SANDOVAL TO CARRY THE
FIRST PREMATURE CHILDREN BORN WITH PROVERA ILLEGALLY AT
MY AGE OF FOURTEEN YEARS OLD. O.J. SIMPSON DID NOT STOP HIS
RAPE TO ME, GRACE L. SANDOVAL WHILE I, GRACE L. SANDOVAL WAS
ATTENDING BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA.
I, GRACE L. SANDOVAL WAS RAPED AND FORCED TO CARRY A TOTAL
OF SEVEN CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILELGALLY WHILE ATTENDING BRAWLEY UNION HIGH SCHOOL,
BRAWLEY, CALIFORNIA. I, GRACE L. SANDOVAL WAS SEDATED BY THE
ORPHANS FROM SANTA ANA, CALIFORNIA THAT HAVE FALSE MEDICAL
DOCTORS DEGREES. THE SAME ORPHANS FROM SANTA ANA,
CALIFORNIA ALSO RAPED MANY OTHER TEENAGERS IN
WESTMORLAND, CALIFORNIA, BRAWLEY, CALIFORNIA, ETC. IN THE
IMPRIAL COUNTY, CALIFORNIA WHERE I, GRACE L. SANDOVAL LIVED
ON SIXTH STREET, WESTMORLAND, CALIFORNIA WITH MY MOTHER
FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND MY FOUR
SIBLINGS, SERGIO, NANCY, IRMA AND DIANE. MY MOTHER FELOMENA
NUNGARAY DUTRA AKA: SANDOVAL WAS A VICTIM OF RAPE.
FELOMENA N. DUTRA WAS FORCED TO CARRY CHILDREN BORN
PREMATURE WITH THE DRUG PROVERA ILLEGALLY EVERY YEAR BY
HER EX SISTER IN LAW, CARLOTA S. REYNA THAT LIVES ON CENTER
STREET, WESTMORLAND, CALIFORNIA WITH HER HUSBAND JOSE
REYNA. CARLOTA S. REYNA CARRIED MANY CHILDREN BORN
PREMATURE WITH THE DRUG PROVERA IN MEXICALI, MEXICO FROM
VARIOUS MEN. CARLOTA S. REYNA IS JOINED WITH THE GERMAN
MALE ROBERT GOODMAN SR. THAT LIVES IN OCEANSIDE, CALIFORNIA
IN THE RAPE OF ALL OF THE STAR, ELVIS PRESLEY RELATIVES
INCLUDING MY MOTHER FELOMENA NUNGARAY DUTRA AKA:
SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN, ETC. THE

PAGE 7

RAPE, KIDNAP, HOSTAGE, MANY INJURIES TO THE VICTIMS OF RAPE,
STEALING MONEY FROM THE VICTIMS OF RAPE, STEALING
EVERYTHING THE VICTIMS OF RAPE OWN, ETC. HAS ALL BEEN
REPORTED TO LAW ENFORCEMENT IMMEDIATELY ON THE RAPIST.
THE RAPIST ARE ILLEGALS FROM MEXICO AND OTHER COUNTRIES
THAT ARE INVOLVED IN USING ILLEGAL DRUGS FROM MEXICO IN THE
UNITED STATES. THE RAPIST ARE DEMANDED TO TAKE HUMAN
BLOOD ILLEGALLY FROM THE VICTIMS OF RAPE. THE RAPIST ARE
DEMANDED TO BURN THE HUMAN FACE AND BODY OF THE VICTIMS OF
RAPE. THE RAPIST ARE DEMANDED TO SPREAD THEIR MULTIPLE
DISEASES TO THE VICTIMS OF RAPE, THE RAPIST ARE PROVIDED WITH
KEYS TO FORCE INTO OUR PRIVATE HOMES TO CAUSE ME AND MY
TWO DAUGHTERS INJURIES TO OUR HUMAN FACE AND BODY AND TO
DAMAGE ALL OUR FURNITURE, APPLIANCES, CARS, CLOTHES, SHOES,
ETC. THE EXPRISONERS FROM LA MESA PRISON, TIJUANA ,MEXICO
THAT HAS ASSAULTED ME, GRACE L. SANDOVAL NUMEROUS TIMES IN
PUBLIC AND IN MY PRIVATE HOME AT 3736 RAY STREET, SAN DIEGO,
CALIFORNIA AND MANY OTHER ADDRESSES IS AN ENEMY. ROGELIO
PINA AND HIS BROTHER MANUEL PINA INVITED THE EX PRISONERS
FROM LA MESA PRISON, TIJUANA ,MEXICO INCLUDING PRISCILLA
CASTILLO, SUSAN GOLDING, MARIA ESPINOZA, MARIA RODRIGUEZ
AND MANY OTHERS TO WESTMORLAND, CALIFORNIA , BRAWELY,
CALIFORNIA AND OTHER AREAS IN IMPERIAL COUNTY, CALIFORNIA.
PRISCILLA CASTILLO ASSAULTED MY MOTHER FELOMENA NUNGARAY
DUTRA AKA; SANDOVAL AND HER FIVE  CHILDREN AND WAS
THREATENING TO MURDER FELOMENA NUNGARAY DUTRA FOR
DATING MANUEL PINA. ROGELIO PINA AND HIS BROTHER MANUEL
PINA ARE JOINED WITH EX PRISONERS FROM LA MESA PRISON,
TIJUANA ,MEXICO INCLUDING PRISCILLA CASTILLO, SUSAN GOLDING,

PAGE 8

CINDY HEART, LUPE CONCHOLA AKA: LEVINE, TERESA KINNY AKA: LEVINE, LUIS CONCHOLLA, KATHY LEE AKA: LEVINE, MIKE AGUIRRE AKA: LEVINE, MARTY LEVINE AKA: MARCOS, CAROL LEBEAU, MICHAEL TUCK, MARIA NUNGARAY LEVINE, LUIS CASILLAS-ROBLES, MARIA ESPINOZA, MARIA RODRIGUEZ, HANNH MARRA, BELEN MARA, PHILIP VALDEZ, PATRICK LUTZ, ETC. IN THE RAPE OF FELOMENA CHILDREN, GRANDCHILDREN, ETC. THAT LIVE IN THE UNITED STATES TO CAUSE THEM ALL MANY INJURIES TO THEIR HUMAN FACE AND BODY WHILE HOSTAGE TO DEMAND TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY. MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE HAVE BEEN FORCED TO CARRY MORE THAN FIFTEEN CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. I, GRACE L. SANDOVAL AKA; GRACE L. SANDOVAL AND LUPE GRACIELA SANDOVAL HAVE BEEN FORCED TO BE SURROGATE MOTHER ILLEGALLY IN THE UNITED STATES. I, GRACE L. SANDOVAL HAVE BEEN FORCED TO CARRY MORE THAN TWENTY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL HAS BEEN A VICTIM OF RAPE SINCE SHE, FELOMENA NUNGARAY DUTRA AKA: SANDOVAL WAS ELEVEN YEARS OLD. FELOMENA NUNGARAY DUTRA AKA: SANDOVAL HAS BEEN SURROGATE MOTHER ILLEGALLY. FELOMENA NUNGARAY DUTRA AKA; SANDOVAL HAS BEEN FORCED TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY. FELOMENA NUNGARAY DUTRA AKA: SANDOVAL CARRIED MORE THAN FORTY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY. EVERY GENERATION FROM FELOMENA NUNGARAY DUTRA AKA: SANDOVAL CHILDREN ARE VICTIMS OF RAPE AND FORCED TO CARRY MANY

PAGE 9

CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY
IN THE UNITED STATES BY THE ORPHANS FROM SANTA ANA,
CALIFORNIA THAT HAVE FALSE MEDICAL DOCTORS DEGREES FROM
PHILIP RAND. PHILIP RAND ADDRESS: CLEVELAND AVENUE, SAN
DIEGO, CALIFORNIA. PHILIP RAND IS A MEDICAL DOCTOR IN
GYNECOLOGY FROM CHICAGO, ILLIONOIS. PHILIP RAND WAS
MARRIED TO THE STAR, MARLO THOMAS. MARLO THOMAS IS AN
ORPHAN FROM LA MESA PRISON, TIJUANA ,MEXICO. ALL ORPHANS
FROM LA MESA PRISON, TIJUANA ,MEXICO ARE BARREN OR UNABLE
TO REPRODUCE CHILDREN. MARLO THOMAS IS JOINED WITH MANY
EXPRISONERS FROM LA MESA PRISON, TIJUANA ,MEXIXO IN THE RAPE
OF MANY AMERICANS IN THE UNITED STATES INCLUDING ALL OF THE
STAR, ELVIS PRESLEY RELATIVES THAT LIVE IN THE UNITED STATES.
ELVIS PRESLEY LIVED ON WEST CARLTON PLACE, SANTA ANA,
CALIFORNIA WITH HIS PARENTS AND BROTHER JESSE PRESLEY. ELVIS
PRESLEY CHANGED HIS NAME WHEN HE, ELVIS PRESLEY BECAME
FAMOUS. ELVIS PRESLEY NAME WAS ANTONIO NUNGARAY STEMPLE.
ELVIS PRESLEY MOTHER GLADIOLA NUNGARAY AKA: GLADIS
NUNGARAY STEMPLE WAS MY GRANDMOTHER, SYLVESTRE
NUNGARAY SISTER. MY GRANDFATHER, JESUS NUNGARAY HAD NINE
CHILDREN FROM HIS WIFE, SYVESTRE NUNGARAY. MY GRANDFATHER
SON BORN OUT OF WEDLOCK IS "RINGO STAR". RINGO STAR WAS IN
THE MUSIC GROUP "THE BEATLES". RINGO STAR LIVED IN
LIVERPOOL, ENGLAND. RINGO STAR VISIT HIS FATHER, JESUS
NUNGARAY IN THE UNITED STATES. RINGO STAR AND HIS MUSIC
GROUP "THE BEATLES" PROMOTED RINGO STAR RELATIVE "ELVIS
PRESLEY. THE TWO STAR, RINGO STAR AND ELVIS PRESLEY WERE
VERY FAMOUS IN THE UNITED STATES. I, GRACE L. SANDOVAL
REMEMBER THE STARS SINCE I, GRACE L. SANDOVAL WAS VERY
YOUNG AND LIVING IN WESTMORLAND, CALIFORNIA FROM 1964 TO

PAGE 10

1976 WHEN I, GRACE L. SANDOVAL MOVED TO SAN DIEGO, CALIFORNIA
TO ATTEND SAN DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA.
I, GRACE L. SANDOVAL WAS ON TELEVION NEWS IN SAN DIEGO,
CALIFORNIA  TO SAY THAT I, GRACE L.SANDOVAL WAS RELATED TO
THE TWO STARS, ELVIS PRESLEY AND RINGO STAR.  BOTH STAR, ELVIS
PRESLEY AND RINGO STAR WERE VISITING ME, GRACE L. SANDOVAL
IN SAN DIEGO, CALIFORNIA AT SAN DIEGO STATE UNIVERSITY,SAN
DIEGO, CALIFORNIA.  ELVIS PRESLEY HAS THREE PART BROTHER.
ELVIS PRELSEY FATHER HAD THREE BROTHERS BEFORE HE MARRIED
ELVIS PRESLEY MOTHER, GLADIO AKA:" GALDIS.  ELVIS PRESLEY
PART BROTHERS ARE: JOHN, WILLIAM, JACK.  WILLIAM LANDOWN
AKA: STEMPLE IS ELVIS PRESLEY PART BROTHER.  WILLIAM
LANSDOWN IS THE CHIEF OF POLICE IN SAN DIEGO, CALIFORNIA.
JACK STEMPL LIVES IN EL CENTRO, CALIFORNIA.  JESSE PRESLEY
LIVES IN BRAWLEY, CALIFORNIA.  O.J. SIMPSON LIVED NEXT DOOR TO
THE STEMPLE FAMILY ON WEST CARLTON PLACE, SANTA ANA,
CALIFORNIA.  ELVIS PRESLEY AND HIS WIFE THE STAR, ANN
MARGARET LIVED IN LA MIRADA, CALIFORNIA WITH THEIR THREE
CHILDREN.  BOTH ELVIS PRESELY AND HIS WIFE, ANN MARGARET
WERE MURDERED BY THE ORPHANS FROM SANTA ANA, CALIFORNIA
IN LA MIRADA, CALIFORNIA AND OTHERS THAT FORCED INTO THEIR
PRIVATE HOME IN LA MIRADA, CALIFORNIA TO CAUSE THEM BOTH
MURDER ON SEPARATE DAYS.  ELVIS PRESLEY WAS MURDERED ON
AUGUST 16, 1977.  ANN MARGARET WAS MURDERED AT A LATER DAY.
ONE OF ELVIS PRESLEY SON WAS MURDERED AT ANOTHER DAY. THE
ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J. SIMPSON
HAVE CAUSED THE MURDER OF MANY OF ELVIS PRESLEY RELATIVES.
O.J. SIMPSON MURDER MY RELATIVES JOSE NUNGARAY AND REY
NUNGARAY THAT LIVED AT 1718 WEST CARLTON PLACE, SANTA ANA,
CALIFORNIA.  O.J. SIMPSON MURDERED A BLACK MALE NAMED

PAGE 11

SAMUEL AKA: SAMMY THAT LIVED ON FIFTH STREET, WESTMORLAND, CALIFORNIA. SAMUEL AKA: SAMMY HAD CHILDREN BORN OUT OF WEDLOCK FROM MEXICAN WOMEN IN WESTMORLAND, CALIFORNIA. SAMUEL AKA; SAMMY WIFE WAS MARIA. MARIA WAS BARREN OR UNABLE TO REPRODUCE CHILDREN. MARIA HAD A BAR ON FIFTH STREET, WESTMORLAND, CALIFORNIA. MARIA DAUGHTER WAS STELLA MATA AKA: VARGAS. STELLA MATA AKA: VARGAS CARRIED CHILDREN BORN PREMATURE WITH THE DRUG PROVERA FROM SAMUEL AKA: SAMMY AND HIS CHILDREN BORN OUT OF WEDLOCK INCLUDING FROM HECTOR MENDEZ. SAMUEL AKA: SAMMY WAS DEMANDED BY O.J. SIMPSON TO DRUG SMUGGLE ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. O.J. SIMPSON IS JOINED WITH THE INDIAN FROM RINCON INDIAN RESERVATION, SAN DIEGO, CALIFORNIA , NOBEL BUTLER. NOBEL BUTLER LIVED IN RINCON INDIAN RESERVATION, SAN DIEGO COUNTY, CALIFORNIA BEFORE MOVING TO WESTMORLAND, CALIFORNIA WITH HIS WIFE ANNABELE AND THEIR THREE CHILDREN, TONI, JEANNIE, MIKE. ANABELE BUTLER IS PRISCILLA SPENCER PART SISTER. PRISCILLA SPENCER WAS ONLY A PUBLIC PHOTOGRAPH AS ELVIS PRESLEY WIFE. THE GERMAN ROBERT GOODMAN SR. FORCED ELVIS PRESLEY TO TAKE THE INDIAN FROM RINCON INDIAN RESERVATION, SAN DIEGO COUNTY, CALIFORNIAM, PRISCILLA SPENCER OUT TO THE PUBLIC BY A PUBLIC PHOTOGRAPH. PRISCILLA SPENCER AND HER MOTHER MOVED TO WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. PRISCLLA SPENCER HAD MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY. PRISCILLA SPENCER HAD AN AFFAIR WITH THE ORPHAN, PATRICK J. CLARK AND ALSO HAS CHILDREN WITH PATRICK J. CLARK. PATRICK J. CLARK LIVES IN KENSINGTON AREA, SAN DIEGO, CALIFORNIA.

PAGE 12

THE ORPHANS FROM SANTA ANA, CALIFORNIA CALLING THEMSELVES
THE CRPTS HAVE INVADED SAN DIEGO, CALIFORNIA WITH FALSE
DEGREES. THE ORPHANS FROM SANTA ANA, CALIFORNIA ARE
INVOLVED IN POLYGAMY, WELFARE FRAUD, VANDALIZING CARS,
STEALING CARS, SELLING STOLEN CARS TO THE PUBLIC ILLEGALLY,
STEALING MONEY FROM BANK ACCOUNTS, KIDNAPPING CHILDREN
BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY, STEALING
CLOTHES, SHOES, FURNITURE, APPLIANCES, GOLD, ETC. THE
ORPHANS FROM SANTA ANA, CALIFORNIA ARE JOINED WITH THE
ORPHANS FROM NEW JERSEY, ORPHANS FROM SAN DIEGO,
CALIFORNIA, ORPHANS FROM THE COUNTRY INDIA, ORPHANS FROM
ESCONDIDO, CALIFORNIA, ORPHANS FROM FALLUJAH, IRAQ,
ORPHANSW FROM MEXICO, ETC. THAT ALL HAVE CANCER IN THEIR
HUMAN BLOOD, AIDS. THE ORPHANS ARE DEMANDED TO TAKE HUMAN
BLOOD FROM AMERICANS IN THE UNITED STATES. THE ORPHANS ARE
ADDICTED TO HEROIN, COCAINE AND MANY OTHER DRUGS AND
ALCOHOL. THE ORPHANS ARE DEMANDED TO DRUG SMUGGLE
ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE
UNITED STATES WITH O.J. SIMPSON. LEONARD FINK IS JOINED WITH
ALL THE ORPHANS IN TAKING HUMAN BLOOD FROM THE PUBLIC
ILLEGALLY. LEONARD FINK STRANGLES THE PUBLIC TO TAKE HUMAN
BLOOD, MONEY, FOOD, ETC. LEONARD FINK HAS STRANGLED ME,
GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE TO TAKE OUR HUMAN BLOOD
ILLEGALLY. LEONARD FINK IS JOINED WITH A GROUP OF PEOPLE
FROM THE PHILIPPINES THAT LIVED IN BRAWLEY, CALIFORNIA
BEFORE MOVING TO SAN DIEGO, CALIFORNIA INCLUDING MAYA
GABRIEL, ROSMARY IN OPERATING DIALYSIS MACHINES ILLEGALLY

PAGE 13

IN PRIVATE HOMES TOTAKE HUMAN BLOOD ILLEGALLY FROM  OF
ALL OF ELVIS PRESLEY RELATIVES INCLUDING
MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND
MYSELF, GRACE L.SANDOVAL AKA: GRACE S. SLALI AND LUPE
GRACIELA SANDOVAL.  THE ORPHANS FROM SANTA ANA, CALIFORNIA
HAVE A FICTITOUS BUSINESS OF DELIVERING CHILDREN BORN
PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED
STATES.  THE ORPHANS HAVE FORCED THE SPENCER FAMILY TO
CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY THAT ARE BORN WITH MULTIPLE DISEASES INCLUDING
CANCER, AIDS, SCEROSIS OF THE HUMAN LIVER, LEPROSY, ETC.  THE
CHILDREN BORN WITH MULTIPLE DISEASES ARE SOLD TO THE PUBLIC
FOR MONEY ILLEGALLY AND ALSO  COLLECT WELFARE FRAUD FROM
VARIOUS COUNTIES IN CALIFORNIA FROM IRMA RODRIGUEZ CLARK,
LUPE NUNGARAY PINA, LINDA RODRIGUEZ RONCO AND MANY
OTHERS.  I, GRACE L. SANDOVAL HAVE NEVER BEEN PAID ANY MONEY
TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY. I, GRACE L. SANDOVAL DO NOT HAVE A CONTRACT TO
CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY.  MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA;
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE
ARE NOT PAID ANY MONEY TO CARRY CHILDREN BORN PREMATURE
WITH THE DRUG PROVERA ILLEGALLY.  MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA; PECK, CORIE DO NOT HAVE A CONTRACT TO
CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY.  ROGELIO PINA AND HIS  BROTHER MANUEL PINA HAVE
MANY RELATIVES THAT LIVE ILLEGALLY IN THE UNITED STATES.

PAGE 14

ROGELIO PINA IS INVOLVED IN POLYGAMY OF ALL OF HIS RELATIVES THAT LIVE IN THE UNITED STATES. ROGELIO PINA IS INVOLVED WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. ROGELIO PINA IS INVOLVED IN VANDALIZING CARS IN THE UNITED STATES. ROGELIO PINA IS INVOLVED IN STEALING CARS IN THE UNITED STATES. ROGELIO PINA IS INVOLVED IN STEALING MONEY FROM BANK ACCOUNTS IN THE UNITED STATES. ROGELIO PINA IS INVOLVED IN STEALING FURNITURE IN THE UNITED STATES. ROGELIO PINA HAS STOLEN MONEY, FURNITURE, CLOTHES, CARS, ETC. FROM MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN, ETC. ROGELIO PINA HAS FORCED INTO MY HOME AT 7690 NORTHRUP DRIVE, SAN DIEGO, CALIFORNIA TO INJECT MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN EYE TO CAUSE HER, PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN EYE TO SWELL. ROGELIO PINA THREATENED TO CAUSE MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO HUMAN EYE WITH INJECTION WITH LIDOCAINE TO REQUIRE REMOVAL OF HUMAN EYE. ROGELIO PINA IS JOINED WITH MANUEL GARCIA, POLIMINO MIRAMONTES AKA; POLI IN THE RAPE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA : BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA: GRACE SANDOVAL SLALI AND JESSE DIAZ SLALI THAT EXPIRED ON SEPTEMBER 6,2007. POLIMINO MIRAMONTES AKA; POLI IS MARRIED TO SYVLIA ARAUJO MIRAMONTES. POLIMINO MIRAMONTES AKA:POLI AND SYLVIA ARAUJO MIRAMONTES STOLD MONEY FROM ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS.

PAGE 15

MANUEL GARCIA LIVED IN MEXICALI,MEXICO NEAR THE ALL
AMERICAN CANAL FOR MANY YEARS BEFORE MOVING TO THE UNTIED
STATES. MANUEL GARCIA IS JOINED WITH MANY EX PRIONSERS FROM
LA MESA PRISON, TIJUANA MEXICO THAT LIVED IN MEXICALI,
MEXICO NEAR THE ALL AMERICAN CANAL IN CARDBOARD BOXES FOR
MANY YEARS IN THE INVASION OF THE UNITED STATES GOVERNMENT
AND SPYING FOR THE GOVERNMENT IN MEXICO AND MUCH MORE
CRIME INCLUDING TERROISM. MANUEL GARCIA IS INVOLVED WITH
LUPE CHAVEZ SWAIN AND MANY OTHERS IN PROVIDING ILLEGALS
WITH FALSE DEGRESS FROM IMPERIAL VALLEY COLLEGE, IMPERIAL,
CALIFORNIA. LUPE CHAVEZ SWAIN IS INVOLVED IN TAKING HUMAN
BLOOD FROM THE PUBLIC ILLEGALLY. LUPE CHAVEZ SWAIN IS
INVOLVED IN SELLING  HOSPITAL SUPPLIES INCLUDING FLUID IN
PLASTIC BOTTLES  TO DRUG ADDICTS ILLEGALLY FOR MONEY. LUPE
CHAVEZ SWAIN LIVES IN EL CENTRO, CALIFORNIA. LUPE CHAVEZ
SWAIN IS MARRIED TO RICHARD SWAIN. LUPE CHAVEZ SWAIN HAS
BEEN REPORTED FOR HER CRIME OF PLANNING MURDER WITH
MANEL GARCIA AND MANY OTHERS INCLUDING POLIMINO
MIRMONTES AKA:POLI, CONNIE DIAZ SLALI CERVANTES STOKELY
AKA: CONI IN BRAWLEY, CALIFORNIA AND VARIOUS COUNTIES IN
CALIFORNIA. MANUEL GARICA BROTHER ROBERT GARCIA LIVES IN
EL CAJON, CALIFORNIA. ROBERT GARCIA IS INVOLVED WITH MANY
ORPHANS FROM FALLUJAH, IRAQ IN THE RAPE OF AMERICANS AND
FORCING AMERICANS TO CARRY CHILDREN TO COLLECT WELFARE,
ETC. ROBERT GARCIA IS INVOLVED WITH LINDA YBARRA FIERRO,
SANDRA SALAZAR MURILLO AND MANY OTHERS IN CARRYING
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY.
ROBERT GARCIA IS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS
AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES

PAGE 16

WITH JOE S. REYNA, MARTHA FIERRO, JOE FIERRO, ARTHUR ALLEN, ROBERT ALLEN AKA: BOBBIE, ETC.  ROBERT GOODMAN SR. DEMANDS ALL DRUG ADDICTS TO DO CRIME INCLUDING TO BURN AMERICANS BY COATING THE HUMAN FACE AND BODY WITH CIGARETTE LIGHTER FLUID AND IGNITING ON FIRE TO BURN.  ROBERT GOODMAN SR. DEMANDS THAT CIGARETTE LIGHTER BE INJECTED IN THE HUMAN FACE AND BODY AND BE IGNITED ON FIRE TO BURN.  ROBERT GOODMAN DEMANDS KATHRYN JEAN YAVENDITTI AKA: KATE TO FORCE INTO PRIVATE HOMES TO BURN THE FACE AND BODY OF MANY VICTIMS OF RAPE. ROBERT GOODMAN SR. DEMANDS KATHRYN JEAN YAVENDITTI AKA: KATE TO KIDNAP ME, GRACE L. SANDOVAL AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE AND TO DRIVE ME AND MY TWO DAUGHTERS TO VAROIUS COUNTIES IN CALIFORNIA UNDER SEDATION TO BE ATTACKED IN PUBLIC AND PRIVATE BY DRUG ADDICTS THAT HAVE CAUSED ME AND MY TWO DAUGHTERS MANY INJURIES FOR MANY YEARS AND THE CRIME CONTINUES NOW.  I, GRACE L. SANDOVAL DO NOT AGREE TO BE TORTURED BY ANYONE. I, GRACE L. SANDOVAL DO NOT AGREE FOR ANYONE TO FORCE INTO MY PRIVATE HOME, TO FORCE INTO MY PLACE OF EMPLOYMENT TO ATTACK ME, GRACE L.SANDOVAL, TO FOLLOW ME, GRACE L.SANDOVAL IN PUBLIC TO BE RUNNED OVER, I, GRACE L. SANDOVAL DO NOT AGREE FOR ANYONE TO RAPE ME, GRACE L. SANDOVAL IN PUBLIC, PRIVATE HOME, PLACE OF EMPLOYMENT.  I, GRACE L. SANDOVAL DO NOT AGREE FOR ANYONE TO FORCE ECSTASSY INTO MY HUMAN MOUTH.  I, GRACE L. SANDOVAL DO NOT AGREE FOR ANYONE THAT HAS CANCER, AIDS, ETC. TO FORCE THEIR SEX ORGAN INTO MY HUMAN MOUTH TO SPREAD ORAL CANCER TO MY HUMAN MOUTH AS IRMA MENDIBLES DEMANDS EACH RAPIST TO DO TO ME, GRACE L. SANDOVAL AND MY TWO DAUGHTERS

PAGE 17

PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE AND JESE DIAZ SLALI BEFORE HE EXPIRED ON SEPTEMBER 6, 2007. IRMA MENDIBLES IS DEMANDED TO KIDNAP AND SEDATE TO FORCE ME, GRACE L. SANDOVAL AKA; GRACE SANDOVAL SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE AND JESSE DIAZ SLALI INTO THE SEWER IN WESTMORLAND, CALIFORNIA TO FORCE LARGE STOOLS INTO ME AND MY FAMILY HUMAN MOUTH TO CAUSE ORAL CANCER, ETC. IRMA MENDIBLES IS DEMANDED TO INJECT LIDOCAINE IN THE HUMAN FINGERS AND HANDS OF ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA;BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE AND JESSE DIAZ SLALI BEFORE HE EXPIRED ON SEPTEMBER 6, 2007 TO FORCE THE HUMAN FINGERS AND HANDS TO BE REMOVED FOR FILING CASES IN SUPERIOR COURTS IN SAN DIEGO, CALIFORNIA AND OTHER COURTS. IRMA MENDIBLES LIVED IN MEXICALI, MEXICO NEAR THE ALL AMERICAN CANAL FOR MANY YEARS UNDER A TREE. IRMA MENDIBLES LIVES IN BRAWLEY, CALIFORNIA. IRMA MENDIBLES DOES NOT HAVE AN EDUCATION FROM IMPERIAL VALLEY COLLEGE, IMPERIAL, CALIFORNIA. IRMA MENDIBLES IS JOINED WITH O.J. SIMPSON AND MANY OTHERS DRUG ADDICTS IN THE DRILLING THE HUMAN FOREHEAD OF MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER HUSBAND FRANK DUTRA. FELOMENA NUNGARYA DUTRA AKA: SANDOVAL IS PICKED IN HER DRILLED FOREHEAD BY IRMA MENDIBLES TO DEMAND MONEY FROM MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL. IRMA MEDIBLES IS JOINED WITH IRENE ARAUJO SALCEDA IN VANDALING MY CAR AND MY TWO DAUGHTERS CARS INCLUDING JESSE DIAZ SLALI CAR. IRMA MENDIBLES IS JOINED WITH IRENE ARAUJO SALCEDA IN

PAGE 18

STEALING EVERY ONE OF MY CARS THAT I, GRACE L. SANDOVAL AKA: GRACE S. SLALI PURCHASED AND PAID. IRENE ARAUJO SALCEDA HAS AN AFFAIR WITH A GERMAN MALE NAMED JEFFREY THAT LIVES IN LEUCADIA, CALIFORNIA. JEFFREY IS NOT MY FRIEND. JEFFREY IS JOE S. REYNA AND HIS FAMILY FRIEND. JEFFREY HAS KIDNAPPED ME, GRACE L. SANDOVAL NUMEROUS TIMES UNDER SEDATION TO DRIVE ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI TO VARIOUS COUNTIES IN CALIFORNIA AND TO DEMAND INFORMATION ON ALL OF MY PRIVATE BUSINESS TO STEAL MONEY, FOOD, FURNITURE, APPLIANCES, CARS, TOYS, CLOTHES, SHOES,ETC. JEFFREY IS INVOLVED WITH IRMA RODRIGUEZ CLARK AND HER HUSBAND JOE CLARK IN ORGANIZED CRIME INCLUDING STEALING MONEY FROM BANK ACCOUNTS, STEALING CARS, WELFARE FAUD, KIDNAPE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK,CORIE IN ESCONDIDO, CALIFORNIA. JEFFREY WIFE IS SARA CLARK. SARA CLARK RELATIVE IS THE CARDOZA FAMILY. THE CARDOZA FAMILY WAS DEMANDED TO FOLLOW MY DAUGHTER CORINA SANDOVAL SLALI AKA; PECK,CORIE IN ESCONDIDO,CALIFORNIA BY IRMA RODRIGUEZ CLARK TO INJECT MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK,CORIE WITH HARMFUL SUBSTANCES TO KIDNAP MY DAUGHTER CORINA SANDOVAL SLALI AKA; PECK, CORIE. THE CARDOZA FAMILY CHANGED THEIR NAME. DEANNA LIGARETTA IS CARDOZA. THE CARDOZA FAMILY ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH IRMA RODRIGUEZ CLARK AND HER HUSBAND JOE CLARK, LAURIE HARRISON AKA: LUZ AND HER HUSBAND RICHARD HARRISON, MAGGIE CASTANO AND HER HUSBAND GABRIEL CASTANO, FATIMA S. ARREDONDO AND HER HUSBAND GILBERT ARREDONDO, JOE CRUZ,

PAGE 19

KATHY MEALER, MARTHA G. ROBLES, JENNIFER DEBLASE, MARYLOU
ROBLES, STELLA CERVANTES SANDOVAL, REYES QUESADA, HECTOR
MENDEZ, ERNEST ESPITA, ARTHUR GRIJALVA, MARIO MORENO,
FELIPE COCOVA, CLAUDINA COCOVA ARAUJO AKA; COOKIE, SEGURA,
MARIA CONTRERAS RAMIREZ, PETER COCOVA, RUDY CHAVARRIA,
MANUEL SEVILLA, JOE MORENO, RAUL RODRIGUEZ JR., HANNAH
MARRA, BELEN MARA, PHILIP VALDEZ, PATRICK LUTZ, WILLIAM
RODRIGUEZ AKA: WILLIE, BENJAMIN BARNHART, SARA BARNHART,
STEVE BARNHART, LUPE CHAVEZ SWAIN, JAVIER S. REYNA, JOE S.
REYNA, LINDA YBARRA FIERRO, CARMEN NUNGARAY ,CINDY HEART,
MARIA ESPINOZA, POLIMINO MIRAMONTES AKA; POLI, JESSIE
MIRAMONTES RUIZ, LIZZY MIRAMONTES, BERNARDO MIRAMONTES,
JOSE AKA: BELALA, MANUEL GARCIA, JOE FIERRO, JUAN CESENA,
TANIA MILLER, DIANE MILLER, ETC.  THE DRUG ADDICTS ALL
DEMANDED TO SAY TO MURDER ME, GRACE L. SANDOVAL AKA: GRACE
S. SLALI BY IRMA RODRIGUEZ CLARK AND MANY OTHERS THAT HAVE
STOLEN THOUSANDS OF UNITED STATES DOLLARS FROM ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND
OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERTY, TRAILERS
AKA: MOBILE HOMES, CARS, EDUCATE, ETC.  THE PLAN TO CONTINUE
STEALING MONEY FROM FELOMENA NUNGARAY DUTRA AKA;
SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN, ETC. WAS
PLANNED BY STEPHANIE SONTAG AKA: WINEHART THAT LIVED ON
ADLER STREET, BRAWLEY, CALIFORNIA WITH HER MOTHER BEFORE
MOVING TO SAN DIEGO, CALIFORNIA.  STEPHANIE SONTAG AKA:
WINEHART IS JOE S.REYNA FRIEND AND MANY EXPRISONERS FROM LA
MESA PRISON, TIJUANA ,MEXICO FRIEND THAT ALL HAVE FALSE
DEGREES AND EMPLOYMENT IN SAN DIEGO, CALIFORNIA.  STEPHANIE
SONTAG AKA; WINEHART STOLD MONEY, FOOD, ETC. FROM MY
MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER

PAGE 20

FIVE CHILDREN THAT LIVED IN WESTMORLAND, CALIFORNIA.
STEPHANIE SONTAG AKA: WINEHART CONTINUED TO STEAL MONEY
AND MUCH MUCH MORE FROM ME, GRACE L. SANDOVAL AKA; GRACE
S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNT
WHEN I, GRACE L. SANDOVAL AKA: GRACE S. SLALI LIVED AT 3736 RAY
STREET, SAN DIEGO, CALIFORNIA IN 1982 AFTER MY INJURY TO MY
RIGHT LUNG ON AUGUST 18, 1982 AT FASHION VALLEY MALL, SAN
DIEGO, CALIFORNIA THAT REQUIRED ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI TO STAY IN THE INTENSIVE CARE UNIT FOR TWENTY
NINE DAYS. STEPHANIE SONTAG AKA: WINEHART OFFERED DRUG
ADDICTS MONEY FROM MY BANK OF AMERICA ACCOUNT TO
PURCHASE REAL PROPERTY, TRAILERS, ETC. AND TO DEMAND THE
DRUG ADDICTS TO JOIN JOE S. REYNA, ROBERT GARCIA, MARTHA
FIERRO, JOE FIERRO AND MANY OTHERS IN DRUG SMUGGLING
ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE
UNITED STATES. STEPHANIE SONTAG AKA: WINEHART DEMANDED
ROGELIO PINA TO STEAL A PINK CADILLAC FROM MY NIEGHBORS ON
SIXTH STREET, WESTMORLAND, CALIFORNIA THAT ARE REALED TO
CLAIRISSE MARQUEZ. STEPHANIE SONTAG AKA; WINHEART
DEMANDED LUPE CHAVEZ SWAIN, ROSARIO OTERO, MANUEL GARCIA
AND MANY OTHERS TO TAKE HUMAN BLOOD FROM FELOMENA
NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN
REGULARLY FOR HER, STEPHANIE SONTAG AKA: WINEHART THAT
HAS CANCER IN HER HUMAN BLOOD AND MANY OTHER DISEASES.
STEPHANIE SONTAG AKA: WINEHART VIEWED WITH A CAMERA TO
DEMAND CRIME INCLUDING MURDER. STEPHANIE SONTAG AKA:
WINEHART IS INVOLVED WITH MICHAEL WAGNER AKA: RICHARD
JOHNSON IN STEALING MONEY FROM ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI. I, GRACE L. SANDOVAL AKA: GRACE S. SLALI HAVE
REPORTED THE CRIME OF STEPHANIE SONTAG AKA: WINEHART

PAGE 21

IMMEDIATELY. STEPHANIE SONTAG AKA: WINEHART HAS STOLEN
MANY ITEMS FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI
INCLUDING MONEY FROM MY BANK ACCOUNT AT BANK OF AMEICA
ACCOUNT AND OTHER BANK ACCOUNT. STEPHANIE SONTAG AKA:
WINEHART PLANNED WITH POLIMINO MIRAMONTES AKA: POLI ,
MANUEL GARCIA, LUPE CHAVEZ SWAIN, JOE S. REYNA, JAVIER S.
REYNA, SYLVIA ARAUJO MIRAMONTES, LINDA YBARRA FIERRO,
SANDRA SALAZAR MURILLO, MANUEL MURILLO, ARCELIA
HERNANDEZ, CINDY HEART, PRISCILLA CASTILLO, SUSAN GOLDING,
MARIA RODRIGUEZ, MARIA ESPINOZA, LUIS CASILLAS-ROBLES,
DONALD HILDRE, THOMAS SCOTT SIMS, ETC. TO STEAL MY MONEY
FROM MY BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS
INCLUDING ALL OF MY BANK STATEMENTS, BANK REGISTERS, ETC.
FROM MY MAIL BOX, HOME, ETC. STEPHANIE SONTAG AKA:
WINEHART FRUAD TO USE COLLECT UNEMPLOYMENT INSURANCE
UNDER MY NAME WHEN I, GRACE L. SANDOVAL LIVED AT 3736 RAY
STREET, SAN DIEGO, CALIFORNIA. STEPHANIE SONTAG AKA:
WINEHART JOINED KATHY MEALER MOTHER AND GRANDMOTHER IN
FALSE DEGREES FROM CALIFORNIA WESTERN SCHOOL OF LAW,
CEDAR, SAN DIEGO,CALIFORNIA. STEPHANIE SONTAG AKA:
WINEHART HAS FOLLOWED MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE TO TORTURE THEM FOR FILING CASES IN
SUPERIOR COURTS, SAN DIEGO, CALIFORNIA AND OTHER COURTS ON
THE CRIMINALS THAT HAVE STOLEN THOUSANDS OF UNITED STATES
DOLLARS FROM MY BANK ACCOUNTS. THE CRIMINALS THAT HAVE
STOLEN MONEY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI
BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS HAVE
LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI.

PAGE 22

STEPHANIE SONTAG AKA: WINEHART INVADED ALL OF THE STAR,
ELVIS PRESLEY RELATIVES IN VARIOUS COUNTIES IN CALIFORNIA TO
DEMAND THEM TO BE SURROGATE MOTHERS ILLEGALLY AND TO
CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY IN THE UNITED STATES. STEPHANIE SONTAG AKA:
WINEHART IS INVOLVED WITH O.J. SIMPSON, LEONARD FINK, PATRICK
J. CLARK IN THE DRILLING OF THE HUMAN HEART TO REQUIRE A
PACE MAKER OF ALL OF ELVIS PRESLEY RELATIVES. STEPHANIE
SONTAG AKA: WINEHART IS INVOLVED WITH THE INDIANS FROM
YUMA, ARIZONA THAT LIVE AT BANKERS HILL COMPLEX, QUINCE
STREET, SAN DIEGO, CALIFORNIA IN THE DRILING OF MY HUMAN
HEART AT GREAT MOON BUFFET, GARNET AVENUE, SAN DIEGO,
CALIFORNIA ON MARCH 21, 2008. STEPHANIE SONTAG AKA: WINEHART
IS AN ENEMY. STEPHANIE SONTAG AKA: WINEHART DOES NOT STOP
HER RAPE TO MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK,CORIE
AND MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND JESSE
DIAZ SLALI BEFORE HE EXPIRED ON SEPTEMBER 6, 2007 TO TAKE
HUMAN BLOOD ILLEGALLY FROM ME AND MY FAMILY TO STEAL
MONEY, FOOD, ETC. BY DRUG ADDICTS INCLUDING TANIA MILLER
THAT IS RELATED TO JUAN CESENA THAT LIVES IN CHULA VISTA,
CALIFORNIA. TANIA MILLER IS A CRIMINAL. TANIA MILLER HAS A
CRMINAL RECORD. TANIA MILLER IS RELATED TO HENRY LOPEZ
THAT LIVES ON ADLER STREET, BRAWLEY, CALIFORNIA. TANIA
MILLER HAS CAUSED MY MOTHER FELOMENA NUNGARAY DUTRA
AKA:SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN A LOT OF
CRIME AND HAS STOLEN FROM ME, GRACE L. SANDOVAL MY BLACK
"ELITE" SUITCASE FULL OF NURSING UNIFORM ON SEPTEMBER 14, 2004
AT 4104 MT ALIFAN PLACE, SAN DIEGO, CALIFORNIA, VILLAGE SQUARE
CONDOMINUMS WHERE MY CAR, 2002 HONDA CIVIC LX, LICENSE

PAGE 23

PLATE NO. 4YPB411 WAS PARKED OUTSIDE ON THE STREET ON MOUNT ALIFAN PLACE, SAN DIEGO, CALIFORNIA. CECILIA AGUILLON IS THE OWNER OF THE CONDOMINUM AT VILLAGE SQUARE, 1404 MT. ALIFAN PLACE, UNIT I, SAN DIEGO, CALIFORNIA. CECILIA AGUILLON IS DEMANDED BY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA ESPINOZA AND MANY OTHERS INCLUDING IRMA RODRIGUEZ CLARK, KATHY MEALER, JENNIFER DEBLASE, NANCY S. ROBLES, MARTHA G. ROBLES, JOEL DOE, JOSE CALDERON, WILLIAM WHALEN, SUMMIT SECURITY MALE ELARIO, CAROLYN, KATHRN JEAN YAVENDITTI AKA: KATE, MAHVASH JAZAYERI, EDGAR AKA:MAC, JUAN CESENA, RUSSEL GLAMIN AKA: RUSS, RUSSO, FELOMENA N. DUTRA AKA: SANDOVAL, FRANK DUTRA, HENRY G. ROBLES, HENRY S. ROBLES JR., CALLIE ROBLES AND MANY OTHERS TO FORCE INTO MY ROOM AT VILLAGE SQUARE CONDOMINUMS, 4104 MT. ALIFAN PLACE, SAN DIEGO, CALIFORNIA UNIT I TO DAMAGE MY FURNITURE, STEAL DOCUMENTS FROM MY FILE BOX, TO DAMAGE MY CLOTHES, TO MAKE MOLES IN MY HUMAN SKIN IN MY HUMAN BODY BY MARTHA G. ROBLES,JOEL DOE, JOSE CALDERON AND MANY OTHERS. WILLIAM WHALEN WAS DEMANDED TO CAUSE FRACTURE TO MY HUMAN RIGHT LEG BY PRISCILLA CASTILLO, KATHRYN JEAN YAVENDITTI AKA: KATE AND MANY OTHERS THAT HAVE STOLEN THOUSANDS OF UNITED STATES DOLLARS FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERTY, TRAILERS AKA: MOBILE HOMES, CARS, EDUCATE, ETC. PRISCILLA CASTILLO IS THE INVADER WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO IN VANDALIZING MY CAR, 2002 HONDA CIVIC LX, LICENSE PLATE NO. 4YPB411 SINCE THE FIRST DAY THAT I, GRACE L. SANDOVAL PURCHASED MY BRAND NEW CAR AT PACIFIC HONDA, CONVOY, SAN DIEGO,CALIFORNIA ON JULY 17, 2002.

Page 24

ROGELIO PINA AKA:ROY IS JOINED WITH THE EX PRISONERS FROM LA
MESA PRISON, TIJUANA, MEXICO IN VANDALIZING CARS, STEALING
CARS, SELLING STOLEN CARS TO THE PUBLIC ILLEGALLY. ROGELIO
PINA AKA: ROY HAS STRANGLED ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI AT 5902 ADELE AVENUE, WHITTIER, CALIFORNIA WITH
A LEATHER PIECE AKA: COREA. ROGELIO PINA AKA:ROY ALSO
STRANGLED MY HUSBAND JESSE DIAZ SLALI AT 5902 ADELE AVENUE,
WHITTIER, CALIFORNIA. ROGELIO PINA AKA; ROY IS JOINED WITH
LUPE NUNGARAY PINA IN THE RAPE OF BOTH JESSE DIAZ SLALI AND
MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI WITH THE
ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J. SIMPSON.
LUPE NUNGARAY PINA PLANNED THE MURDER OF HER SON, MANUEL
ARREOLA IN WHITTIER, CALIFORNIA BY HIS , MANUEL ARREOLA
FRIEND AND NIEGHBOR, JOHNNY LONGORIA. JOHNNY LONGORIA WAS
OFFERED MONEY TO MURDER MANUEL ARREOLA. DOREEN
NUNGARAY AND JOHNNY LONGORIA AGREED TO MURDER BOTH
MANUEL ARREOLA AND HIS NIEGHBOR AND MALE FRIEND ALBERT.
ALBERT WAS SET UP WITH A FLAT TIRE ON THE FREEWAY TO BE SHOT
AND MURDERED BY DOREEN NUNGARAY THAT WAS SITTING IN THE
PASSENGERS SEAT AND HER MALE LOVE, JOEL DOE DRIVING THE CAR.
JOEL DOE IS A RAPIST. JOEL DOE IS AN ILEGAL FROM MEXICO. JOEL
DOE HAS NO EDUCATION IN THE UNITED STATES. JOEL DOE IS
INVOLVED IN MURDER WITH DOREEN NUNGARAY, LUPE NUNGARAY
PINA, CORINNE ODONELL, ROGELIO PINA AKA: ROY, MANUEL PINA,
JORGE, FERMIN, DONNY LONGORIA AKA: OSMOND, JOHNNY
LONGORIA, ELSIE NUNGARAY ESPARZA, SANDRA NUNGARAY CANO,
SONIA NUNGARAY, MARIA LEVINE NUNGARAY, ESTHER N. ESPINOZA,
KATHY LEE GIFFORD AKA: LEVINE, IRMA N. RODRIGUEZ CLARK AKA:
NATALIE MAXWELL, JOE CLARK, O.J. SIMPSON, LISA SPENCER,
PRISCILLA SPENCER, PATRICK J. CLARK, ROSIE ODONELL, ALVARO

PAGE 25

SALAZAR, REX LESICKA, BONNIE LESICKA, TOMMY LESICKA, JOE
CRUZ, RAUL DIAZ, DAVID DIAZ, GLORIA GAXIOLA, CARMEN GAXIOLA,
EUGENE QUINTANA AKA: WHIMPIE, CHARLES YAGODA, GARY BLAKE,
ARCELIA HERNANDEZ, MARTHA RODRIGUEZ, MARIA RODRIGUEZ
HARRISON, TERRY RODRIGUEZ, JOE RODRIGUEZ AKA: CHONI,
ROSALINA FLORES, JOAQUIN FLORES, GEORGE N. ESPINOZA, LIDIA
PINA JAIMES, MARTIN PINA AND MANY OTHERS. THE DRUG ADDICTS
ARE PROVIDED WITH SEDATION AND HARMFUL SUBSTANCES TO
ASSAULT AND SHOOT AT AMERICANS IN LOS ANGELES, CALIFORNIA
TO STEAL FOR THEIR HEROIN ADDICTION, COCAINE ADDICTION, ETC.
THE DRUG ADDICTS ARE DEMANDED TO MURDER SPECIFIC PERSON BY
O.J. SIMPSON, PATRICK J. CLARK, LUPE NUNGARAY PINA, ROGELIO
PINA AKA; ROY, ESTHER N. ESPINOZA AND OTHERS. THE DRUG
ADDICTS ARE INVOLVED IN VISITING THE LOS ANGELES COUNTY
AREA FREQUENTLY EACH MONTH BECAUSE THE DRUG ADDICTS ARE
DEMANDED TO DRUG SMUGGLE ILLEGAL DRUGS AND HARMFUL
SUBSTANCES FROM MEXICO TO THE UNITED STATES FOR MANY YEARS
AND HAVE CAUSED THE MURDER OF MANY AMERICANS IN THE
UNITED STATES. THE DRUG ADDICTS LIVED IN IMPERIAL COUNTY,
CALIFORNIA BEFORE PLANNING TO JOIN THE ORPHAN, MASACRE O.J.
SIMPSON AND HIS ORPHANS FRIENDS FROM SANTA ANA, CALIFORNIA
THAT HAVE MULTIPLE DISEASES INCLUDING CANCER AND ARE
DEMADED TO SPREAD THEIR MULTIPLE DISEASES TO MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF,
GRACE L. SANDOVAL AKA: GRACE S. SLALI FOR THE LIENS ON THEIR
PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI.
LUPE NUNGARAY PINA IS FORCING INTO MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE L.

PAGE 26

SANDOVAL AKA: GRACE S. SLALI AND LUPE GRACIELA SANDOVAL
HOMES WITH HER, LUPE N. PINA DAUGHTER LIDIA P. JAIMES, IRMA
RODRIGUEZ CLARK AKA; NATALIE MAXWELL, ROGELIO PINA AKA;
ROY TO CAUSE INJURIES TO OUR HUMAN FACE AND BODY. I, GRACE L.
SANDOVAL DO NOT AGREE TO PROVIDE ANYONE WITH ANY MONEY
FOR DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES
FROM MEXICO TO THE UNITED STATES. ERNESTO NUNGARAY IS
JOINED WITH MANY DRUG ADDICTS IN BRAWLEY, CALIFORNIA
INCLUDING WITH MANUEL GARCIA, REYES QUESADA, SERGIO N.
SANDOVAL AND OTHERS IN DEMANDING TO MURDER ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA; PECK,CORIE FOR THE CASES FILED IN
SUPERIOR COURTS IN SAN DIEGO, CALIFORNIA AND OTHER COURTS IN
SAN DIEGO, CALIFORNIA. I, GRACE L. SANDOVAL DO NOT AGREE FOR
ROGELIO PINA AKA: ROY RELATIVES TO FOLLOW ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE IN SAN DIEGO, CALIFORNIA AND
OTHER COUNTIES IN CALIFORNIA TO RAPE. ROGELIO PINA AKA: ROY
AND HIS RELATIVES ARE NEVER INVITED TO OUR HOME. ROGELIO
PINA AKA; ROY IS NEVER CONTACTED BY ME OR MY TWO
DAUGHTERS. ROGELIO PINA AKA; ROY AND HIS RELATIVES ARE
ALWAYS AFTER MY MONEY IN MY BANK ACCOUNT AND ALL OF MY
POSSESSIONS. ROGELIO PINA AKA: ROY IS INVOLVED WTH KATHRYN
JEAN YAVENDITTI AKA: KATE AND THE INDIANS FROM RINCON INDIAN
RESERVATION, SAN DIEGO COUNTY, CALIFORNIA AND INDIANS FROM
YUMA, ARIZONA IN THE ATTACKS, RAPE, THREATENING TO MURDER
ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO

PAGE 27

DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE. ROGELIO PINA AKA;
ROY IS JOINED WITH BAP RUSSO AKA:BAPSI SLALI IN MURDER OF
MANY AMERICANS IN THE UNITED STATES. BAP RUSSO AKA: BAPSI
SLALI CLAIMS TO BE A FALSE PSYCHIATRIST AND IS ABLE TO PROVIDE
MANY PSYCH MEDICATIONS TO CAUSE MURDER OF MANY PEOPLE IN
THE UNITED STATES. JAN IS AN ORPHAN FROM SAN DIEGO,
CALIFORNIA. JAN WAS EMPLOYED AS A RECEPTIONIST FOR THE
PSYCHIATRIST DALE FARABEE. LEWIS, SAN DIEGO, CALIFORNIA. JAN
AGREED WITH HER ORPHAN FRIENDS FROM SAN DIEGO, CALIFORNIA
THAT HAVE CANCER IN THEIR HUMAN BLOOD TO USE ILLEGALLY
PSYCH MEDICATIONS ON VICTIMS OF RAPE TO TAKE HUMAN BLOOD IS
ILLEGALLY WHILE UNDER SEDATION. JAN IS ALSO JOINED WITH THE
ORPHANS FROM SAN DIEGO, CALIFORNIA IN POLYGAMY INCLUDING
RICHARD PARELA, MATTHEW SPHAR, ANDREW CAMERON AND MANY
OTHERS THAT ARE JOINED WITH THE ORPHANS FROM SANTA ANA,
CALIFORNIA, EDGAR AKA: MAC, DAN GREEN AKA: HAMMOND, CHRIS
MAIER, LEMER BOYES, DEXTER, EMANI, ETC. THAT BELONGED TO THE
GANG "CRYPTS" IN SANTA ANA, CALIFORNIA THAT RAPED MY
RELATIVE CARMEN NUNGARAY THAT LIVES AT 602 S. SHELLEY, SANTA
ANA, CALIFORNIA AND FORCED HER, CARMEN NUNGARAY TO CARRY
MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY THAT WERE KIDNAPPED AND SOLD TO THE PUBLIC
ILLEGALLY FOR MONEY AND TO COLLECT WELFARE FRAUD FROM
VARIOUS COUNTIES IN CALIFORNIA FROM IRMA RODRIGUEZ CLARK,
LUPE NUNGARAY PINA, LINDA RODRIGUEZ RONCO, ETC. THE
ORPHANS FROM SANTA ANA, CALIFORNIA ARE ALSO JOINED WITH
THE ORPHANS FROM MEXICO INCLUDING CHIRS MILLS, PHLLIS MILLS,
DARLENE FIELDS, ETC. THAT LUPE NUNGARAY PINA CARRIED WHEN
SHE, LUPE NUNGARAY PINA LIVED AT 1718 W. CARLTON PLACE, SANTA

PAGE 28

ANA, CALIFORNIA WITH HER OLDEST SISTER JOSEPHINE NUNGARAY
ESPINOZA AND HER FAMILY. LUPE N. PINA ABANDONED HER
CHILDREN FROM A BLACK, ORPHAN FROM SANTA ANA, CALIFORNIA,
IN MEXICALI, MEXICO. LUPE N. PINA THREE DAUGHTERS FROM AN
ORPHAN, BLACK FROM SANTA ANA, CALIFORNIA LIVED IN LA MESA
PRISON, TIJUANA,MEXICO. ROGELIO PINA AKA; ROY DRIVES A
MOTORCYCLE. ROGELIO PINA AKA:ROY IS JOINED WITH POLIMINO
MIRAMONTES AKA; POLI IN MURDER. ROGELIO PINA AKA: ROY IS A
EXTREMELY DANGEROUS MALE. POLIMINO MIRAMONTES AKA:POLI
IS DEMANDED BY ROGELIO PINA AKA; ROY TO MURDER MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK,CORIE. POLIMINO
MIRAMONTES AKA: POLI WEARS A BLUE HARD HAT TO MURDER IN
VARIOUS COUNTIES IN CALIFORNIA. POLIMINO MIRAMONTES AKA:
POLI IS JOINED WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA,
MEXICO IN MURDER. POLIMINO MIRAMONTES AKA: POLI IS JOINED
WITH THE QUESADA FAMILY IN MURDER IN VARIOUS COUNTIES IN
CALIFORNIA. THE QUESADA FAMILY HAVE PART BROTHERS AND
PART SISTERS THAT HAVE A MEXICAN RESTAURANT IN HUNTINGTON
BEACH, CALIFORNIA NAME: JIMENEZ. THE CRIMINALS MEET AT
JIMENEZ RESTAURANT WHILE VISITING THE AREA TO DO CRIME IN
THE AREA.

BY: _Grace L. Sandoval_ DATE: _July 19, 2008_

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

GRACE L. SANDOVAL

**DEFENDANTS**

ROGELIO PINA

FILED
2008 JUL 21 AM 9:59
CLERK US DISTRICT COURT

**(b)** County of Residence of First Listed Plaintiff  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  LOS ANGELES
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
GRACE L. SANDOVAL
P.O. BOX 712793
SAN DIEGO CA 92171

Attorneys (If Known)

'08 CV 1297 L LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [X] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence
  **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

### FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 1962 (a),(b),(C) and/or (d)
Brief description of cause:
DRILLING HUMAN HEART, RUNNING OVER HUMAN BODY OF GRACE L. SANDOVAL ETC.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE                 DOCKET NUMBER

DATE  JULY 21, 2008

SIGNATURE OF ATTORNEY OF RECORD  Grace L. Sandoval

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE