FILED
2008 JUL 21 AM 9:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL

Plaintiff,

vs.

ROGELIO PINA

Defendant.

CASE NO. '08 CV 1297 L LSP

### RICO CASE STATEMENT

1. State whether the alleged unlawful conduct is in violation of 18 U.S.C. 1962(a), (b), (c), and/or (d).

2. List the defendants and state the alleged misconduct and basis of liability of each defendant. ROGELIO PINA, DRILLING MY HUMAN HEART ON MY RIGHT SIDE AT 16957 ABUDANTE ST. SAN DIEGO, CA

3. List alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer. LUPE N. PINA EX-WIFE OF ROGELIO PINA, CRACKING MY BONES WITH TOOL AT SAME LOCATION SAME DAY.

4. List the alleged victims and state how each victim was allegedly injured. TWO DAUGHTERS PRISCELLA & CORINA AKA: CORIE

5. Describe in detail the pattern of racketeering activities or collection of unlawful debts alleged for each RICO claim. The description of the pattern of racketeering shall include the following information: IRMA RODRIGUEZ CLARK IS JOINED WITH ROGELIO PINA & LUPE N. PINA ATTACK ON SAME DAY

   a. List the alleged predicate acts and the specific statutes that were allegedly violated; DRILLING THE HUMAN HEART, CRACKING HUMAN BONES, TAKING HUMAN BLOOD, SEDATING, FORCING INTO MY PRIVATE ROOM AT 16957 ABUDANTE ST SAN DIEGO, CA

    b. Provide the date of each predicate act, the participants in each predicate act, and a description of the facts constituting each predicate act; *OCT. 2004 - MARCH 2005, TANIA MILLER, NICK RODRIGUEZ, DONNY LAZAROTTO JR., MELISSA REYNA LAZAROTTO JR. ETC.*

    c. If the RICO claim is based on the predicate offenses of wire fraud, mail fraud, or fraud in the sale of securities, the "circumstances constituting fraud or mistake shall be stated with particularity." Fed. R. Civ. P. 9(b). Identify the time, place and substance of the alleged misrepresentations, and the identity of persons to whom and by whom the alleged misrepresentations were made; *NATASHA*

    d. State whether there has been a criminal conviction for violation of any predicate act; *W*

    e. State whether civil litigation has resulted in a judgment with regard to any predicate act;

    f. Describe how the predicate act forms a "pattern of racketeering activity;" and

    g. State whether the alleged predicate acts relate to each other as part of a common plan. If so, describe the alleged relationship and common plan in detail. *IRMA RODRIGUEZ CLARK, SANDRA S. MURILLO, ATTACK MY TWO DAUGHTER & EX HUSBAND, JESSE SCALI*

6. Describe in detail the alleged "enterprise" for each RICO claim. A description of the enterprise shall include the following: (a) state the name of the individuals, partnerships, corporations, associations, or other legal entities, which allegedly constitute the enterprise; (b) a description of the structure, purpose, function and course of conduct of the enterprise; © a statement of whether any defendants are employees, officers or directors of the alleged enterprise; (d) a statement of whether any defendants are associated with the alleged enterprise; (e) a statement of whether plaintiff is alleging that the defendants are individuals or entities separate from the alleged enterprise or that the defendants are the enterprise itself, or members of the enterprise; (f) if any defendants are alleged to be the enterprise itself, or members of the enterprise, an explanation of whether such defendants are perpetrators, passive instruments, or victims of the alleged racketeering activity. *THORNTON HOSPITAL, LA JOLLA, CA. U.C.S.D. HOSPITAL, HANNAH MARRA, RUZIAK IBRAHIM AKA: HUZIK, ETC. RAMIN K. AKA: JASON, RAMIN SHADMAN, MICHAEL MADANI, ETC. ROSIE ONA THORNTON HOSPITAL, LA JOLLA, CA.*

7. State and describe in detail whether plaintiff is alleging that the pattern of racketeering activity and the enterprise are separate or have merged into one entity. *ALL ARE INVOLVED IN CRIME AND FALSE DEGREES ETC.*

8. Describe the alleged relationship between the activities of the enterprise and the pattern of racketeering activity. Discuss how the racketeering activity differs from the usual daily activities of *NONE, NO RELATIONSHIP*

1  the enterprise, if at all.

2  9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of
3  racketeering. *PERCENTAGE OF SALARY IS STOLEN ILLEGALLY, ETC. LIVE IN THE UNITED STATES, ILLEGALLY*

4  10. Describe the effect of the activities of the enterprise on interstate or foreign commerce. *LA MESA PRISON, TIJUANA, MEXICO*

5  11. If the complaint alleges a violation of 18 U.S.C. 1962(a), provide the following: (a) state
6  who received the income derived from the pattern of racketeering activity or through the collection of
7  unlawful debt; and (b) describe the use or investment of such income. *PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, ETC.*

8  12. If the complaint alleges a violation of 18 U.S.C. 1962(b), describe in detail the acquisition
9  of maintenance of any interest in or control of the alleged enterprise. *STOLD BANK OF AMERICA CHECKS, ETC.*

10  13. If the complaint alleges a violation of 18 U.S.C. 1962(c), provide the following: (a) state
11  who is employed by or associated with the alleged enterprise, and (b) state whether the same entity is
12  both the liable "person" and the "enterprise" under 18 U.S.C. 1962(c). *TERESA KINNY AKA: LEVINE, HUSBAND LUIS CONCHOLLA, LINDA YBRRA FUERRO, ETC.*

13  14. If the complaint alleges a violation of 18 U.S.C. 1962(d), describe in detail the facts
14  showing the existence of the alleged conspiracy. *LUIS CONCHOLLA DEMANDED MY ATM BANK CARD. BANK OF AMERICA CHECKING ACCOUNT TO STEAL MONEY.*

15  15. Describe the alleged injury to business or property. *3736 RAY STREET, SAN DIEGO, CA*

16  16. Describe the direct casual relationship between the alleged injury and the violation of the
17  RICO statute. *EX HUSBAND OF LUPE NUNGARAY PINA. LUPE N. PINA IS MY MOTHER FELOMENA DUTRA SISTER*

18  17. List the damages sustained by reason of the violation of 18 U.S.C. 1962, indicating the
19  amount for which each defendant is allegedly liable. *RUNNED OVER BY ROGELIO PINA AS HE DROVE HIS WASTE MANAGEMENT TRUCK FROM HIS EMPLOY*

20  18. List all other federal causes of action, if any, and provide the relevant statute numbers.
21  19. List all pendent state claims, if any. *VANDALIZING MY CAR, 2002 HONDA, CIVIC, LX. LICENSE PLATE NO. 4YPB411 CALIFORNIA*

22  20. Provide any additional information that you feel would be helpful to the court in
23  processing your RICO claims. *HAS STOLEN MONEY, CARS, FURNITURE, APPLIANCES, GOLD, CLOTHES, SHOES, BIRTH CERTIFICATES, DIPLOMAS, LUGGAGE, CHILDRENS CLOTHES, SHOES, FURNITURE, TOYS, ETC.*

24  DATED:

25
26  *Grace L. Sandoval*
27  Attorney for Plaintiff(s)
28