**PLAINTIFF/PETITIONER/MOVANT'S NAME**

**PRISON NUMBER**

**PLACE OF CONFINEMENT**

**ADDRESS**

FILED

2008 JUL 21 AM 9: 59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# United States District Court
## Southern District Of California

'08 CV 1297 L LSP

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

Plaintiff/Petitioner/Movant

v.

Defendant/Respondent

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,

declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated?    Yes    (No)    (If "No" go to question 2)

     If "Yes," state the place of your incarceration

     Are you employed at the institution?                          Yes    (No)

     Do you receive any payment from the institution?    Yes    (No)

     [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed?    Yes    (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____ N/A _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   JULY 21, 2007, $10.00/HOUR, PAID EACH WEEK, 40 HRS/WK. WESTWAYS STAFFING SERVICES, 4411 MERCURY ST., SUITE 210, SAN DIEGO, CA 92111

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    Yes    (No)
   b. Rent payments, royalties interest or dividends    Yes    (No)
   c. Pensions, annuities or life insurance    Yes    (No)
   d. Disability or workers compensation    (Yes)    No
   e. Social Security, disability or other welfare    Yes    (No)
   e. Gifts or inheritances    Yes    (No)
   f. Spousal or child support    Yes    (No)
   g. Any other sources    Yes    (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   STATE DISABILITY FROM SEPTEMBER 15 2007 TO JUNE 9, 2008 $297.eq 7 (SEVEN DAYS) WEEK

4. Do you have any checking account(s)?    (Yes)    No
   a. Name(s) and address(es) of bank(s): WELLS FARGO BANK    BLACK MOUNTAIN ROAD SAN DIEGO CA 92126
   b. Present balance in account(s): OVERDRAWN

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    Yes    (No)
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s): 0

6. Do you own an automobile or other motor vehicle?    (Yes)    No
   a. Make: HONDA    Year: 2002    Model: CIVIC, LX
   b. Is it financed?    (Yes)    No
   c. If so, what is the amount owed? $1,125.00

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

Yes ___ (No)

If "Yes" describe the property and state its value. _____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *N/A*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

*I.R.S.   290.68*
*CASH COLLECTIONS   $800.00*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): *TELEVISION JVC, MATTRESS, GOLD, ETC. IN STORAGE AT PUBLIC STORAGE, MIRAMAR ROAD, SAN DIEGO, CA.*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

*I HAVE APPLIED FOR UNEMPLOYMENT IN JUNE 2007. I HAD A TELEPHONE INTERVIEW ON JULY 11, 2007. NO DECISION HAS BEEN MADE.*

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*Grace L. Sandoval*

DATE    SIGNATURE OF APPLICANT

*7-21-08*