GRACE L. SANDOVAL
P.O BOX 712793
SAN DIEGO CA 92171
619 808-6146

FILED
2008 JUL 21 AM 9:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

'08 CV 1297 L LSP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,                ) Civil No.
                                  )
                                  ) REQUEST FOR APPOINTMENT OF
                                  ) COUNSEL UNDER THE CIVIL RIGHTS
         v.                       ) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
                                  ) DECLARATION IN SUPPORT OF
ROGELIO PINA                      ) REQUEST
                                  )
                                  )
                                  )
_____ )

   1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   (A)  my claim is meritorious (that is, I have a good case), and

   B.   I have made a reasonably diligent effort to obtain counsel, and

   C.   I am unable to find an attorney willing to represent me on terms that I can afford.

   2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

   3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

         ___ Yes      X  No

1

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

    B.    Do you question the correctness of the Commission's "no reasonable cause" determination?

    ____ Yes        _X__ No

    C.    If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

1   4.   Have you talked with any attorney about handling your claim?
2       ____ Yes        _X_ No
3   If "YES," give the following information about each attorney with whom you talked:
4   Attorney: _____
5   When: _____
6   Where: _____
7   How (by telephone, in person, etc.): _____
8   Why attorney was not employed to handle your claim: _____
9   _____
10  _____
11  _____

12  Attorney: _____
13  When: _____
14  Where: _____
15  How (by telephone, in person, etc.): _____
16  Why attorney was not employed to handle your claim: _____
17  _____
18  _____
19

20  Attorney: _____
21  When: _____
22  Where: _____
23  How (by telephone, in person, etc.): _____
24  Why attorney was not employed to handle your claim:
25  _____
26  _____
27  _____
28  (Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim: CONTACT LAWYER REFERRAL SERVICE NUMEROUS TIMES TO TALK TO ATTORNEY'S FREE COUNSULTATION. ALSO VISIT THE VOLUNTEER LAWYER, FAMILY JUSTICE CENTER, ETC.

6. Give any other information which supports your application for the court to appoint an attorney for you: I CANNOT AFFORD AN ATTORNEY AT THIS TIME, I HAVE WORKED FOR LAW OFFICE AND HAVE SOME EXPERIENCE IN THE LEGAL FIELD.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: NONE

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A. <u>Employment</u>

Are you employed now?   ___ yes  _X_ no  ___ am self-employed

Name and address of employer:

1 | If employed, how much do you earn per month? __N/A__
2 | If not employed, give month and year of last employment: __JULY 2007__
3 | How much did you earn per month in your last employment? __MORE THAN 2,000./MO.__
4 | If married, is your spouse employed? ___ yes _X_ no
5 | If "YES," how much does your spouse earn per month? __N/A__
6 | If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7 | income? __N/A__
8 |
9 |     B.    Assets
10 |        (i)   Other Income
11 | Have you received within the past 12 months any income from a business, profession or other
12 | form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13 | payments or other sources? ___ yes _X_ no
14 | If "YES," give the amount received and identify the sources:
15 |        $ Received                              Source
16 | _____
17 | _____
18 | _____
19 | _____
20 | _____
21 | _____
22 | _____
23 |
24 |
25 |
26 |
27 |
28 | (Attach additional sheets as necessary)

|    |    |
|----|----|
| 1  | (ii) <u>Cash</u> |
| 2  | Have you any cash on hand or money in savings or checking accounts? ___ yes _X_ no |
| 3  | If "YES," state total amount: _____ |
| 4  | (iii) <u>Property</u> |
| 5  | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property |
| 6  | (excluding ordinary household furnishings and clothing)? _X_ yes ___ no |
| 7  | If "YES," give value and describe it: |

| Value | Description |
|-------|-------------|
| $27,000.00 PAID FOR MY VEHICLE | 2008, HONDA, LX BLACK COLOR, LICENSE PLATE NO. 4YPB411 |
| JVC TELEVISION | PURCHASED AT CIRCUIT CITY |
| SULTAN MATTRESS | PURCHASED AT IKEA |

C.  <u>Obligations and Debts</u>

(i)  <u>Dependents</u>

Your marital state is: ___ single ___ married _X_ widowed, separated or divorced.

Your total number of dependents is: ___0___

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|-------------------|-------------------------|
| N/A | N/A |

       (ii) **Debts and Monthly Bills**

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: N/A | | |
| Mortgage on Home: N/A | | |
| Others: | | |

9. **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: JULY 21, 2008

                      *Grace L. Sandoval*
                       Signature

(Notarization is not required)